# MANDATE

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

1:22-md-03043-DLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Sep 19, 2025

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-five.

Zachary Amro, William Dewart, Thamires Muniz, Individually and As Guardian on behalf of plaintiff child, M. M., a minor by and through his parent and natural guardian Thamires Muniz, Shalaya Frazier-Holmes, Individually and As a Guardian for Plaintiff-Child-Minor, A. H., Plaintiff-Child-Minor, Guardian, Frazier-Holmes, Xzavier Macon, Levi Putnam, Gol Shell, Parent, T. S., Plaintiff-Minor by and through parent and natural guardian Gol Shell, Holly Squires, Individually and As Guardian on behalf of Plaintiff Child, M. S., Minor Plaintiff Child, Rohit Medishetty, Alicia Franklin, Rebecca Knox, As Guardian, on behalf of Plaintiff Child, Anthony Reed, Plaintiff Child, Kristen Kurtz, As Guardian, on behalf of Plaintiff Child, Minor and Individually, B. K., Minor Plaintiff Child, Cody Hartman, Gina Fortugno, As Guardian on behalf of Minor-Plaintiff-Child and Individually, E. F., Minor-Plaintiff-Child, Evan Urban, Frank Chavez, Martha Sanchez, As Guardian on behalf of Minor-Plaintiff-Child and Individually, J. S., Minor-Plaintiff-Child, Genyce Galvan, As Guardian on behalf of Minor-Plaintiff-Child and Individually, J. F., Minor-Plaintiff-Child, Kylie Chesley,

      Plaintiff - Appellants,

v.

Johnson & Johnson Consumer Inc., Walgreen Co., CVS Pharmacy, Inc, Walmart Inc., The Kroger Co.,

      Defendants - Appellees.

**ORDER**
Docket No. 25-1820

25-cv-03004-DLC; 25-cv-03876-DLC;
25-cv-02982-DLC; 25-cv-03255-DLC;
25-cv-03868-DLC; 25-cv-03838-DLC;
25-cv-03864-DLC; 25-cv-03010-DLC;
25-cv-02991-DLC; 25-cv-03861-DLC;
25-cv-02993-DLC; 25-cv-02985-DLC;
25-cv-03257-DLC; 25-cv-03849-DLC;
25-cv-03843-DLC; 25-cv-03852-DLC;
25-cv-03859-DLC;  25-cv-03846-DLC;
25-cv-03006-DLC

**MANDATE ISSUED ON 09/19/2025**

A notice of appeal was filed on July 21, 2025. The Appellant's Form C due August 04, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective August 19, 2025 if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit